# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| BEAU RIDLING RAYBURN | § | PLAINTIFF |
| | § | |
| v. | § | CIVIL ACTION NO. 1:07cv1011-LG-JMR |
| | § | |
| SHERIFF STEVE GARBER, SHERIFF | § | |
| JOSEPH STUART, WARDEN JOHN | § | |
| SAUCIER, and WARDEN DAVID | § | |
| JOHNSON | § | DEFENDANTS |

## JUDGMENT

This matter having come on to be heard on the Report and Recommendation of Chief United States Magistrate Judge John M. Roper, Sr., [19], the Court, after a full review and consideration of the Report and Recommendation, the record, and the relevant legal authority, finds that in accord with the Order entered herewith,

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendation of Chief Magistrate Judge John M. Roper, Sr., entered on October 17, 2008, be, and the same hereby is, adopted as the finding of this Court. The Complaint is hereby dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 29th day of December, 2008.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE